# THURSWELL LAW

1000 TOWN CENTER • SUITE 500
SOUTHFIELD, MICHIGAN 48075

PHONE: (248) 354-2222
FAX: (248) 354-2323
TOLL-FREE (866) 354-5544

HARRY L. THURSWELL
(1908-1992)

GERALD E. THURSWELL*
MILTON H. GREENMAN
CARY M. MAKROUER
LAWRENCE D. THURSWELL **
ARDIANA CULAJ
MARK E. BOEGEHOLD
HEATHER V. CUDE
RACHEL N. HANSON
ZANIB ARSHED
NADIA RAGHEB****
MELISSA D. BOATNER

LINDSEY F. THURSWELL LEHR***
OF COUNSEL

*CO, IL, NY & D.C.
** AZ & IL
*** FL, IL
****IL

Best Lawyers
BEST
LAW FIRMS
US News
MEDICAL MALPRACTICE LAW -
PLAINTIFFS • TIER 1
DETROIT
2021

March 7, 2022

U.S. District Court
Atten: Clerk of the Court
600 Church St.
Flint, MI 48502

Re:  Estate of Lamont Johnson v. COD, et al
     Case No. 2:20-cv-12791
     Our file no: 222873

Dear Clerk:

Enclosed, please find Exhibit B (thumb drive and CS), the video from the officers body cams regarding the above-referenced matter.

Also attached is the Order granting Motion for Leave to File Exhibit in Traditional manner.

Should you have any questions or comments, please advise.

Sincerely,

THURSWELL LAW

Mark E. Boegehold
For the Firm

MEB/rjs
Enclosure



Placed on shelf

