UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF LAMONT JOHNSON,
DECEASED, BY TALISA BROOKS, AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF LAMONT JOHNSON,

Case No. 20-12791
Hon. Shalina D. Kumar

  Plaintiff,
v.

CITY OF DETROIT, DETROIT POLICE OFFICERS
TYLER NAGY AND RAUL MARTINEZ,

  Defendants.
_____

| | |
|---|---|
| Mark E. Boegehold (P38699) | Calvert Bailey (P42409) |
| The Thurswell Law Firm, PLLC | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | 2 Woodward Ave., Ste. 500 |
| 1000 Town Center, Suite 500 | Detroit, MI  48226 |
| Southfield, MI 48075 | (313) 237-3004 |
| (248) 354-2222/(248) 354-2323 (F) | bailc@detroitmi.gov |
| mboegehold@thurswell.com | |

_____

## **STIPULATED ORDER CONCERNING MOTIONS IN LIMINE**

  This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

  The parties hereby stipulate and agree that Defendants Tyler Nagy and Raul Martinez's Motion in Limine Regarding Past or Subsequent Officer Misconduct, Disciplinary History and Misconduct Investigations as well as Plaintiff's Motion in Limine to Preclude Defendants from Mentioning, Arguing or Otherwise Introducing

Any Lack of Misconduct, Lawsuits, Disciplinary History or Other Argument or Evidence of Lack of Misconduct are granted.

The parties further stipulate that Defendants' Motion in Limine to Exclude References to Notorious Police Brutality Cases, References to Indemnification and Representation, and Representation and Introduction of Testimony from Witnesses Not Disclosed in Discovery is granted except that rebuttal witnesses not disclosed in discovery will be subject to a Court ruling during trial.

It is further stipulated that Defendants' Tyler Nagy and Raul Martinez's Motion in Limine to Exclude Substituted Economist is granted. It is so ordered.

Date: August 18, 2023                    s/Shalina D. Kumar
                                         Shalina D. Kumar
                                         United States District Judge


Stipulated and Agreed:

/s/ Mark E. Boegehold                    /s/ Calvert Bailey
   Mark E. Boegehold (P38699)               Calvert Bailey (P42409)
   Attorney for Plaintiff                   Attorney for Defendant