UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT JOHNSON,

          Plaintiff,

v.

TYLER NAGY, et al.,

          Defendants.

Case No. 20-12791
Honorable Shalina D. Kumar

## ORDER SETTING SETTLEMENT CONFERENCE

1. Settlement Conference date and time: **SEPTEMBER 21, 2023 at 9:30 a.m.**

2. Date to submit Confidential Settlement Conference Summary: **N/A**.

    PLEASE NOTE: The parties are required to discuss settlement and exchange numbers before submitting the Confidential Settlement Summary. Failure of any party to engage in this pre-settlement conference process may result in the imposition of sanctions.

    At the Settlement Conference, parties (and insurance company representatives) must appear, in person, and must have **full** settlement authority. Such persons and entities are ordered to prepare for and participate in the Settlement Conference in objective good faith. **The Chief of Litigation for the City of Detroit Law Department, Jerry Ashford, is ordered to appear in person along with all trial counsel and clients.**

    For the Defendant, the representative must have final authority, in the representative's own discretion, to pay a settlement amount up to

1

Plaintiff's last demand. If this representative is an insurance company, the representative must have final authority to commit the company to pay, in the representative's own discretion, an amount up to the Plaintiff's last demand if within policy limits, or if not within policy limits, the limits of the policy, whichever is lower.

For a Plaintiff, such representative must have final authority, in the representative's own discretion, to authorize dismissal of the case with prejudice, or to accept a settlement amount down to Defendant's last offer.

**SANCTIONS WILL BE IMPOSED IF THE PARTY WITH FULL SETTLEMENT AUTHORITY FAILS TO APPEAR.**

SO ORDERED.

s/Shalina D. Kumar
_____
Honorable Shalina D. Kumar
United States District Judge

Dated: September 12, 2023