UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF LAMONT JOHNSON,
DECEASED, BY TALISA BROOKS, AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF LAMONT JOHNSON,

    Case No. 20-12791
    Hon. Shalina D. Kumar

    Plaintiff,

v.

CITY OF DETROIT, DETROIT POLICE OFFICERS
TYLER NAGY AND RAUL MARTINEZ,

    Defendants.

| | |
|---|---|
| Mark E. Boegehold (P38699)<br>The Thurswell Law Firm, PLLC<br>*Attorneys for Plaintiff*<br>1000 Town Center, Suite 500<br>Southfield, MI 48075<br>(248) 354-2222/(248) 354-2323 (F)<br>mboegehold@thurswell.com | Calvert Bailey (P42409)<br>Christopher Michels (P83156)<br>*Attorney for Defendants*<br>City of Detroit, Law Department<br>2 Woodward Ave., Ste. 500<br>Detroit, MI 48226<br>(313) 237-5052<br>bailc@detroitmi.gov<br>Christopher.michels@detroitmi.gov |

## **ORDER REGARDING MOTIONS IN LIMINE**

    The parties having filed Motions in Limine, oral argument having been heard, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants' Motion in Limine to Preclude Plaintiff from Requesting Punitive Damages is denied without prejudice;

IT IS FURTHER ORDERED that Plaintiff's Motion in Limine to Preclude Introduction of Police Investigation Reports including all Witness Statements and Other Documents Generated by the City of Detroit is granted, except that said documents may be used for impeachment purposes only;

IT IS FURTHER ORDERED that Plaintiff's Motion in Limine to Preclude Evidence and Any Disclosure of the Facts and Circumstances of the Incident Which Lead to the Police to be called to 14930 Tireman is denied except that the parties are precluded from eliciting testimony or otherwise bringing forth evidence that Lamont Johnson was making advances to, or otherwise conducting himself inappropriately, with respect to the mother of Devin Irvin;

IT IS FURTHER ORDERED that Plaintiff's Motion in Limine to Preclude all Police Videos other than the body cam film of the actual shooting is denied without prejudice. The parties shall attempt to stipulate as to which portions of the post shooting audio and other portions of the film will be excluded. Any portions sought to be excluded that the parties are unable to agree upon shall be submitted to the Court on a thumb drive for a ruling.

Date: October 19, 2023            s/Shalina D. Kumar
                                  Shalina D. Kumar
                                  United States District Judge

Approved as to form only:


/s/ Mark E. Boegehold
   Mark E. Boegehold (P38699)
   Attorney for Plaintiff


/s/ Christopher Michels
   Christopher Michels (P42409)
   Attorney for Defendants