UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT JOHNSON,

           Plaintiff,

v.

TYLER NAGY et al.,

           Defendants.

Case No. 20-12791
Honorable Shalina D. Kumar
Magistrate Judge Anthony P. Patti

## ORDER SETTING BRIEFING SCHEDULE

Before the Court are four motions filed by defendants entitled Motion to Strike Purported Expert Testimony of David King, Motion to Strike Purported Expert Testimony of Bob Malek, Motion to Strike Purported Expert Testimony of C. Dennis Simpson, and Motion to Strike Purported Expert Testimony of Kenneth A. Solomon. ECF Nos. 67-70.  The Court **ORDERS** the following briefing schedule apply:

| | |
|---|---|
| Deadline for Plaintiff's Response: | JANUARY 3, 2024 |
| Deadline for Defendants' Reply: | JANUARY 10, 2024 |

**IT IS ALSO ORDERED** that <u>there will be no extension of the deadlines set in this order and any such request will be denied.</u> **IT IS FURTHER ORDERED** that <u>the scheduled trial of this matter will NOT be adjourned based on the Court's rulings on these motions and any such request will be denied.</u>

**Date: December 21, 2023**

<u>s/Shalina D. Kumar</u>
Shalina D. Kumar
United States District Judge
