UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF LAMONT JOHNSON,<br><br>                   Plaintiff,<br><br>v.<br><br>CITY OF DETROIT et al.,<br>                  Defendants. | Case No. 20-12791<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

### ORDER PERMITTING THE PARTIES TO UPLOAD MEDIA FILES

On October 19, 2023, the Court ordered the parties to negotiate which portions of the post shooting audio and other portions of the body cam film will be excluded from introduction at trial. ECF No. 64. All stipulated portions of the body cam films and post shooting audio are to be e-filed. Because the proposed filings are video and audio recordings that cannot be converted to PDF, the parties may file the exhibits using the media file upload pursuant to this district's Electronic Filing Policy and Procedure Rule 19(c). If the parties are unable to agree upon which portions of video and/or audio should be excluded, the disputed segments shall be submitted to the Court on a USB drive for an admissibility ruling.

**IT IS SO ORDERED.**

Dated: January 8, 2024

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge