UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE ESTATE OF LAMONT JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TYLER NAGY et al.,<br><br>　　　　　　　　　Defendants. | Case No. 20-12791<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## ORDER TO APPEAR

A jury trial in this case is set to begin on <u>Tuesday, March 5, 2024 at 8:30 a.m.</u> **The Chief of Litigation for the City of Detroit Law Department, Jerry Ashford,** is ordered to appear in person at the **United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan** at the date and time referenced above.

　　IT IS SO ORDERED.

Dated: March 4, 2024

　　　　　　　　　　　　　　　　　　<u>s/ Shalina D. Kumar</u>
　　　　　　　　　　　　　　　　　　SHALINA D. KUMAR
　　　　　　　　　　　　　　　　　　United States District Judge