UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE ESTATE OF LAMONT JOHNSON,<br><br>                    Plaintiff,<br><br>v.<br><br>TYLER NAGY et al.,<br><br>                    Defendants. | Case No. 20-12791<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

**ORDER REGARDING JOINT STATEMENT OF UNRESOLVED ISSUES**

The Court conducted a status conference on the record on February 29, 2024 to discuss the parties remaining objections to the admissibility of certain evidence prior to the start of the jury trial set to begin on March 5, 2024.  For the reasons stated on the record, the Court finds that the evidence identified by defendants is irrelevant or otherwise inadmissible under the Federal Rules of Evidence; if necessary during trial, defendants may again move to use the identified evidence for impeachment purposes only. Additionally, a portion of Detective Jimenez's report may be admitted as evidence if he is not available to testify.

    **IT IS SO ORDERED**.

|  |  |
|---|---|
| Dated: March 5, 2024 | s/ Shalina D. Kumar<br>SHALINA D. KUMAR<br>United States District Judge |