UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE ESTATE OF LAMONT JOHNSON, by TALISA BROOKS, as Personal Representative of the Estate of Lamont Johnson,<br><br>                      Plaintiff,<br><br>v.<br><br>TYLER NAGY et al.,<br><br>                      Defendants. | Case No. 20-12791<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## JUDGMENT

This matter having come before this Court for trial by jury, and the jury having rendered its verdict (ECF No. 86) on March 12, 2024, in favor of Plaintiff;

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants.

Judgment is hereby entered against Defendants Tyler Nagy and Raul Martinez, in the total amount of **$1,511,267.34**, as follows:

    a. Funeral and Burial Expenses: $4,819.00

    b. Conscious Pain and Suffering: $100,000.00

1

    c. Lost Wages: $420,000.00

    d. Medical Expenses: $86,448.34

    e. Past Loss of Society and Companionship: $100,000.00

    f. Future Loss of Society and Companionship: $800,000.00

**IT IS SO ORDERED.**

                                                    s/Shalina D. Kumar
                                                    SHALINA D. KUMAR
                                                    UNITED STATES DISTRICT JUDGE

DATE: March 15, 2024